**No. 61918.**—J. L. Hopkins Co., Inc., et al. *v.* United States, protests 229523–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *B. L. Lemke & Co., Inc.* v. *United States* (39 Cust. Ct. 253, C. D. 1937), the claim of the plaintiffs was sustained.